**Dismissed and Memorandum Opinion filed August 22, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00139-CV

---

### FRAZIER THOMPSON, III, Appellant

### V.

### URBAN ONE, INC., RADIO ONE OF TEXAS II, LLC, TERRI THOMAS, BEN THOMAS, AND JAMES GARRETT, Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2018-03317**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 26, 2018. The record was filed April 9, 2019. No brief was filed.

On July 23, 2019, this court issued an order stating that unless appellant filed a brief on or before August 7, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.